IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: Jason Durrell Leichmon and Courtney Ann Leichmon

CASE NO: 1:19-bk-72898 T

Chapter 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on February 21, 2020, Docket Entry [35], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of February 21, 2020.

IT IS SO ORDERED.

Date: 04/09/2020

/s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc:  Jack W Gooding, Trustee

Rushing Law Firm Pllc (Ach)
725 North West Ave
El Dorado, AR  71730

Jason Durrell Leichmon and Courtney Ann Leichmon
918 Hazelhurst Street
El Dorado, AR  71730

All Creditors

LK    /195